UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANIEL DYER,

    Plaintiff,

v.                                                         Case No: 5:23-cv-37-JSM-PRL

FLORIDA POP, LLC,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Notice of Dismissal with Prejudice (Dkt. 38). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of April, 2024.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record